**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**NORTHERN DIVISION**

| | |
|---|---|
| **MARTIN AND RHONDA CALLUM**,<br>Plaintiffs,<br><br>v.<br><br>**PRIORITY FINANCIAL SERVICES, LLC,**<br><br>-and-<br><br>**ERVIN J. KOWITZ**,<br><br>Defendants. | Civil Action No.: 1:17-cv-00623-RDB |

**JOINT STATUS REPORT**

Plaintiffs Martin and Rhonda Callum and Defendants Priority Financial Services LLC and Ervin Kowitz, by and through undersigned counsel, provide this Joint Status Report in accordance with the Court's 8/29/2017 Letter Order:

1. On March 7, 2017, this matter was stayed for referral to settlement conference before Judge Timothy Sullivan. ECF Dckt. #5, 6. That stay was extended on August 30, 2017 to allow the Parties to complete limited discovery related to Defendants' financial records for the purpose of continuing efforts at settlement. ECF Dckt. #10.

2. With Defendants' cooperation, Plaintiffs have completed the subpoena practice related to Defendants' financial records.

3. Plaintiffs anticipate taking the deposition of Defendant Ervin Kowitz as provided for in the 8/30/2017 Order. Plaintiffs have proposed deposition dates over the next 60 days,

and anticipate the Parties will be able to identify a mutually agreeable date for the deposition to occur within that time period.

4. The Parties anticipate returning to the settlement conference with Judge Sullivan at the earliest possible date after the Kowitz deposition.

Respectfully submitted,

_______/s/____________________
Michael Paul Smith, Esq. #23685
Melissa L. English, Esq. #19864
Sarah A. Zadrozny, Esq. #13911
Smith, Gildea & Schmidt, LLC
600 Washington Avenue, Suite 200
Towson, MD 21202
(410) 821-0070 / (410) 821-0071 (fax)
Email: mpsmith@sgs-law.com
menglish@sgs-law.com
szadrozny@sgs-law.com
*Counsel for Plaintiffs and Class Members*

_________/s/_______________
Vicki L. Dexter, Esq. # 03171
Irwin Green & Dexter, L.L.P.
301 W. Pennsylvania Avenue
Towson, Maryland 21204
(410) 832-0111 / (410) 832-5544(fax)
Email: vdexter@igdlaw.com
*Counsel for Defendants*

______/s/___________________
Timothy F. Maloney, Esq. #03381
Veronica B. Nannis, Esq. #15679
Joseph, Greenwald & Laake, PA
6404 Ivy Lane, Suite 400
Greenbelt, Maryland 20770
(301) 220-2200 / (301) 220-1214 (fax)
Email: tmaloney@jgllaw.com
vnannis@jgllaw.com
*Co-Counsel for Plaintiffs and Class Members*

**CERTIFICATE OF SERVICE**

I hereby certify, this 30th day of November, 2017, that copies of the foregoing Joint Status Report was served via this Court's CM/ECF system to counsel of record for all parties.

____/s/______________________
Melissa L. English, Esq. #19864